NUMBER 13-01-149-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________

THE STATE OF TEXAS , Appellant,


v.


WILLIAM ERNEST TICE, Appellee.

__________________________________________________________________


On appeal from the County Court at Law No. 2 

of Nueces County, Texas.

___________________________________________________________________


O P I N I O N

Before Justices Hinojosa, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, THE STATE OF TEXAS , perfected an appeal from a judgment entered by the County Court at Law No. 2 of
Nueces County, Texas, in cause number 00-CR-4000-2 . The State has filed a motion to dismiss the appeal. 

The Court, having considered the documents on file and the State's motion to dismiss the appeal, is of the opinion that the
State's motion to dismiss the appeal should be granted. The State's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 26th day of July, 2001 .